CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE. VA
FILED

FEB 12 2009

JOHN F. CORCORAN, CLERK
BY:
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 5:08-cv-80077 |
| | ) | Criminal Action No. 5:03-cr-30040 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| JOHN JACKSON, | ) | By: Hon. James C. Turk |
| Defendant-Petitioner. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that the United States' motion to dismiss is **GRANTED**; defendant-petitioner's motion to vacate, set aside, or correct sentence is **DISMISSED**; defendant-petitioner's motion to appoint counsel (docket #84) is **DISMISSED as moot**; defendant-petitioner's motion to expedite is **DISMISSED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER**: This 12th day of February, 2009.

*/s/ James C. Turk*
Senior United States District Judge